ROBERT A. HESSLING (State Bar No. 096466)
*rhessling@gmail.com*
MATTHEW F. KENNEDY (State Bar No. 199485)
*matthewfkenn@gmail.com*
ROBERT A. HESSLING, APC
3853 Meadow Park Lane
Torrance, California 90505
Telephone:   (310) 375-0255
Facsimile:    (310) 373-5152

General Counsel for Heide Kurtz,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:22-bk-11051-VZ |
| ASSISTED LIVING AMERICA V, LLC, | Chapter 7 |
| Debtor. | **NOTICE OF FILING OF AMENDMENT OF CLAIM NO. 24 OF DEAN R. ISAACSON** |
| | [No Hearing Required] |

**NOTICE IS GIVEN** that Heide Kurtz, the Chapter 7 Trustee of the estate of Assisted Living America V, LLC, hereby files the Amendment of Claim No. 24 of Dean R. Isaacson. A true and correct copy of the Amendment is attached as Exhibit "1."

Dated: August 17, 2022         ROBERT A. HESSLING, APC

By: ROBERT A. HESSLING
General Counsel for Heide Kurtz,
Chapter 7 Trustee

1

# EXHIBIT 1

Dean R. Isaacson
6485 Zumaview Place, Unit 103
Malibu, CA 90265

*bobby5261@msnl.com*

Telephone: (818) 616-0767

Creditor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:22-bk-11051-VZ |
| ASSISTED LIVING AMERICA V, LLC, | ) Chapter 7 |
| | ) **AMENDMENT OF CLAIM NO. 24 OF DEAN R. ISAACSON** |
| Debtor. | ) [No Hearing Required] |

  The undersigned creditor amends his proof of unsecured nonpriority claim, being Claim No. 24 in the sum of $2,092,800 to reduce it by the sum of $319,000, which represents the equity portion of the claim. The amount of the amended unsecured nonpriority Claim No. 24 is $1,773,800.

Dated: August ___, 2022

_____
DEAN R. ISAACSON
Creditor

1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3853 Meadow Park Lane, Torrance, CA 90505.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF AMENDMENT OF CLAIM NO. 24 OF DEAN R. ISAACSON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 17, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor's Counsel**   Ron Bender    rb@lnbyb.com
Matthew L Eanet    matt@eanetpc.com, sara@eanetpc.com
**Trustee's Counsel**   Robert A Hessling    rhessling@gmail.com
**Trustee**   Heide Kurtz (TR)    trustee@hkurtzco.com, C169@ecfcbis.com
Krikor J Meshefejian    kjm@lnbyg.com
Richard B Sheldon    rbs@msk.com, mec@msk.com
Peter T Steinberg    mr.aloha@sbcglobal.net
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On August 17, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Assisted Living America V, LLC
515 S. Flower Street
18th Floor
Los Angeles, CA 90071-2201

Dean R. Isaacson
6485 Zumaview Place, Unit 103
Malibu, CA 90265

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2022 | Robert A. Hessling | /s/ Robert A. Hessling |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE